RECEIVED

JUN - 5 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SHARON G. FONTENOT, ET AL | CIVIL ACTION NO. 10-00162 |
| VERSUS | JUDGE DOHERTY |
| JOHNSON & JOHNSON, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and considering all objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. The Court additionally relies upon the legal reasoning and holding found in *Cobb v. Delta Exports, Inc.*, 186 F.3d 675 (5th Cir. 1999).

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion for Leave to File Supplemental and Amended Complaint [Doc. 89] is GRANTED, and this matter is REMANDED to the state district court from which it was removed.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __5__ day of ~~May,~~ June, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE